MJL:EW
F. #2005R00708

**CR 06 591**

**GLEESON J**

**LEVY M**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JARRID BUTLER-CRESPO,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
2252A(a)(5)(B),
2252A(b)(2), 2253 and
3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 30 2006 ★
BROOKLYN OFFICE

THE GRAND JURY CHARGES:

<u>COUNTS ONE THROUGH TEN</u>
(Possession of Child Pornography)

1. On or about June 1, 2005, within the Eastern District of New York, the defendant JARRID BUTLER-CRESPO did knowingly and intentionally possess materials containing images of child pornography, to wit: the images depicted in the following computer files:

| <u>COUNT</u> | <u>FILE NAME</u> |
|---|---|
| ONE | (Hussyfan)(pthc)(r@ygold)(babyshivid) Babyj sweet 7yo sucks dick.avi |
| TWO | (Hussyfan)(pthc)(r@ygold)(babyshivid) Tender suck(1).avi |
| THREE | (pthc) 5 yo Nancy Complete [found via www.FileDonkey.com].mpg_1 |
| FOUR | (pthc) 8 yo Kelly 01 (WebCam).mpg |
| FIVE | (pthc) Andina 3 (Woman Making Love to 5yo Girl).mpg_1 |
| SIX | (pthc) Dee & Desi (Dee-6 Backdoor)(Dee Anal).avi |

| COUNT | FILE NAME |
|---|---|
| SEVEN | (pthc) Family 2 - Reelfamilysex - Entire Clip - Hot Mother Licks Her 8Yo Daughters Sweet Pussy As He.mpg_2 |
| EIGHT | (pthc) Open-f49-(8Yr Old Girl 12Yr Old Boy-Gebr [found via www.FileDonkey.com].mpg_01 |
| NINE | (pthc)Video 4(private 7yo).avi |
| TEN | 2 Kid - 6Yr Old Inga-Nudist 6yo Swedish Angel - Not Ashamed to Masturbate Her Virgin Child Cunt And Show You Her Little Girl Hardon and Cherry Hymen II.mpg |

which images had been mailed, shipped and transported in interstate and foreign commerce by computer.

(Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of any of the charges alleged in Counts One through Ten of this indictment, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253 of: (a) any visual depiction described in Sections 2251, 2251A, 2252 or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offense; and (c) any property, real and personal, used or intended to be used to commit or to promote

the commission of the offenses, including, but not limited to, the following:

> Specific Property
>
> (a) a Hewlett Packard Pavilion 700 CPU Tower, serial number US 23851583;
>
> (b) a JVC digital video camera, serial number 12534628; and
>
> (c) a Canon digital video camera, serial number 302 870 101 198.
>
> 3. If any of the above-described forfeitable

property, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any

other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN 85

No. _____    Action: _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

## THE UNITED STATES OF AMERICA

vs.

JARRID BUTLER-CRESPO,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2252A(a)(5)(B), 2252A(b)(2), 2253 and 3551 et seq.)

*A true bill.*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Evan C. Williams, Assistant U.S. Attorney (631) 715-7849*