UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JARRID BUTLER-CRESPO,

          Defendant.
- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 19 2008 ★

Cr. No. 06-0591
(Gleeson, J.)

## FINAL ORDER OF FORFEITURE

WHEREAS, on April 9, 2007, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein the defendant JARRID BUTLER-CRESPO (the "Defendant"), agreed to forfeit certain property of the Defendant pursuant to 18 U.S.C. § 2253, including, but not limited to, property which is subject to forfeiture as a result of his violation of U.S.C. § 2252A; and

WHEREAS, the Defendant agreed to forfeit all of his right, title and interest in one Hewlett Packard Pavilion 700 CPU Tower, serial number US 23851583, (the "Forfeited Property"), seized from the Defendant at 118-40 Metropolitan Avenue, Apt. 6L, Jamaica, New York, on or about June 1, 2005; and

WHEREAS, legal notice of the Preliminary Order of Forfeiture was published in the New York Post, a newspaper of general circulation in this district, on April 30, 2007, May 7, 2007 and May 14, 2007 and no petition or claim to the Forfeited

Property has been filed.

2

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, by and between the United States and the Defendant as follows:

1. All of the Defendant JARRID BUTLER-CRESPO right, title and interest in the Forfeited Property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. The United States Marshals Service and all of its duly authorized agents and/or contractors are hereby authorized to dispose of the Forfeited Properties in accordance with all laws and regulations.

3. This Final Order of Forfeiture shall become final as to the defendant JARRID BUTLER-CRESPO pursuant to 32.2 of the Federal Rules of Criminal Procedure and at the time of sentencing shall be made part of the defendant's sentence and included in his judgment of conviction.

4. The Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722, Attn: Asset Forfeiture Paralegal Brian Gappa.

Dated: Central Islip, New York
February 15, 2008

s/John Gleeson
_____
HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE