UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>JARRID BUTLER-CRESPO,<br><br>                          Defendant. | **NOTICE OF APPEARANCE**<br><br>Docket No. 06 Cr. 591 (JG) |

PLEASE TAKE NOTICE that the Law Office of Zachary Margulis-Ohnuma hereby appears by the undersigned as attorney of record for the defendant JARRID BUTLER-CRESPO in the above-captioned case.

Dated:    New York, New York
          July 28, 2010

                              Law Office of Zachary Margulis-Ohnuma

                              _____
                              Zachary Margulis-Ohnuma
                              260 Madison Avenue, 17th Floor
                              New York, NY 10016
                              *Attorney for Defendant Jarrid Butler-Crespo*

Copies to:   Clerk of Court (via ECF)
             All counsel (via ECF)

1